UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re ELETSON HOLDINGS INC., *et al.* | Chapter 11 |
| Provisional Eletson Holdings Inc.<br><br>*Appellant*,<br><br>-against-<br><br>Reorganized Eletson Holdings Inc.,<br><br>*Appellee* | 1:25-cv-02824-LJL<br>[rel. 1:23-cv-7331-LJL, 1:24-cv-05096-LJL, 1:24-cv-08672-LJL, 1:25-cv-02789-LKL, 25-cv-02811-LJL, and 1:25-cv-02895-LJL] |

**NOTICE OF APPELLEE ELETSON HOLDINGS INC.'S MOTION TO DISMISS**

PLEASE TAKE NOTICE that upon the accompanying *Memorandum of Law in Support of Appellee's Motion to Dismiss Appeal*, dated June 17, 2025 (the "Memorandum of Law"),[1] Appellee Eletson Holdings Inc. ("Appellee"), which is erroneously referred to in the caption as "Reorganized Eletson Holdings Inc.," by and through its undersigned counsel, hereby moves the Court before the Honorable Lewis J. Liman, United States District Court Judge, Southern District of New York, at the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007,

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Memorandum of Law.

Courtroom 15C for an Order (a) dismissing this appeal in its entirety, and (b) requiring such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to Fed. R. Bankr. P. 8013(a)(3), answering papers, if any, must be served and filed within seven (7) days hereof.

New York, New York
Dated: June 17, 2025

                **HERBERT SMITH FREEHILLS KRAMER (US) LLP**

                /s/ *Kyle J. Ortiz*
                Kyle J. Ortiz, Esq.
                Brian F. Shaughnessy, Esq.
                David E. Blabey Jr., Esq.
                1177 Avenue of the Americas
                New York, NY 10036
                Telephone:  (212) 715-9100
                Email: kyle.ortiz@hsfkramer.com
                         brian.shaughnessy@hsfkramer.com
                         david.blabey@hsfkramer.com

                *Counsel for Appellee Eletson Holdings Inc.*